IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

Civil Action:  24-cv-01544-CNS-STV  Date:  November 13, 2024
Courtroom Deputy:  Julie Dynes  Court Reporter: Sarah Mitchell

| *Parties* | *Counsel* |
|---|---|
| LA'TAWN PRINCE | *Evan Richardson via telephone* |
| **Plaintiff** | |
| v. | |
| ACCENTURE LLP | *Jennifer Schilling* |
| MORTGAGE CADENCE LLC | |
| **Defendants** | |

---

## COURTROOM MINUTES

---

**ORAL ARGUMENT**

Court in Session:  10:03 a.m.

Appearance of counsel.

Argument as to [28] Motion to Compel Arbitration or, in the Alternative, to Dismiss for Failure to State a Claim, Lack of Jurisdiction, and Improper Venue given by Ms. Schilling and Mr. Richardson with questions from the Court.

As outlined on the record, it is

**ORDERED:**  **[28] Motion to Compel Arbitration or, in the Alternative, to Dismiss for Failure to State a Claim, Lack of Jurisdiction, and Improper Venue is GRANTED in part and DENIED in part.**

**Case is STAYED and administratively closed pending resolution of arbitration.**

Court in Recess:  10:31 a.m.  Hearing concluded.  Total time in Court:  00:28